# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**MARK ANTHONY FOUNTAIN,**                                      **PLAINTIFF**
**# K8577**

**v.**                                                                   **CAUSE NO. 1:17CV80-LG-RHW**

**JOHN L. HUNTER**                                                                **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

    **IT IS HEREBY ORDERED AND ADJUDGED** that this cause be **DISMISSED WITHOUT PREJUDICE** for failure to obey Court Orders and to prosecute.

    **SO ORDERED AND ADJUDGED** this the 13th day of September, 2017.

                                                              s/ *Louis Guirola, Jr.*
                                                               LOUIS GUIROLA, JR.
                                                               CHIEF U.S. DISTRICT JUDGE